UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division

Docket No. 4:13-CR-29-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CHRISTOPHER GERALD CHERICO ) | |
| Defendant ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for Wednesday, September 4, 2013, in New Bern. The case is hereby CONTINUED to November 6, 2013 in New Bern, North Carolina.

This 12th day of August 2013.

Louise W. Flanagan
U.S. District Judge